UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 364 |
| Plaintiff, | ) | Honorable Judge Andersen |
| | ) | |
| v. | ) | |
| | ) | |
| BORIS MEDIK, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT BORIS MEDIK'S MOTION FOR DISCLOSURE OF CONFIDENTIAL
INFORMANT INFORMATION</u>

Defendant BORIS MEDIK, by his attorney Eugene Steingold, respectfully moves this Honorable Court for an order requiring the government to disclose the identity of any informants, cooperating witnesses, confidential sources, unindicted or unnamed co-conspirators, used by the government in the investigation of this case.

In particular, defendant requests the name, aliases, address, contact number and address and/or attorney's name and telephone number, for cooperating individuals--"XCH 2004 005", who met with Special Agents on March 30, 2004, and Cooperating Informant ("CI"), who met with Special Agents on January 14, 2005,--both of whom are listed in the discovery materials provided by the government.

1.  The government is required to provide the identities and addresses of individuals who act as informants in the investigation of the case where "fundamental requirements of fairness" indicate that disclosure would be "relevant and helpful to the defense of an accused, or ... essential to a fair determination of a cause." <u>Roviaro v. United States</u>, 353 U.S. 53, 60-61 (1957). Clearly, if an informant is a person who was directly involved in the matters alleged in the indictment either as an active participant or

1

as a witness to the offense charged, the principles of <u>Roviaro</u> require pretrial disclosure of the identity of that informant. See, e.g., <u>United States v. Barnes</u>, 486 F.2d 776, 778-79 (8th Cir. 1973); <u>United States v. Tucker</u>, 552 F.2d 202 (7th Cir. 1977).

While the government acknowledges that there are "recordings between various defendants and cooperating witnesses who are now defendants", none were disclosed to defendant BORIS MEDIK. Discovery materials provided to date, do, however, refer to an "interview with cooperating private individual Linda Laskowski". In any event, CI allegedly identified BORIS MEDIK as being a member of the charged conspiracy. In order to investigate this matter further, counsel requires names, identifying information and contact numbers for them, or their lawyers, if they are currently represented by counsel.

2. Here, there is at least one informant who is a participant or a witness to some of the matters alleged in the indictment; it is critical that his/her identity, including name, address, and other identifying data, be disclosed to the defendant so that his /her background, status, and reputation in the community can be investigated by counsel for the defendant in order to prepare to effectively cross-examine and impeach that person at trial. Even if the government does not intend to call the informant at trial, disclosure of informant's identity is necessary to determine whether or not said informant should be called as a defense witnesses.

3. In the interest of justice, the defendant requests information about whether any additional informants were utilized in the government's investigation of this case, and if so, whether those persons witnessed or participated in any of the matters alleged in the indictment. If so, the additional informants' identities should be disclosed to the defense.

2

WHEREFORE, defendant BORIS MEDIK, requests that this Court enter an Order directing the government to disclose the identity of any and all confidential informants used by the government in connection with the investigation of this case.

Respectfully submitted,

By: s/ Eugene Steingold
Eugene Steingold
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

DEFENDANT BORIS MEDIK'S MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANT INFORMATION

were served pursuant to the District Court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 5, 2007 to the following non ECF filers:

Respectfully submitted,

s/Eugene Steingold
Attorney for Defendant Boris Medik
111 West Washington Street
Suite 1051
Chicago IL 60602
(312) 726-1060